UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA'S VINEYARD AIRPORT COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. : _____ ) |
| QBE INSURANCE CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, QBE Insurance Corporation ("QBE") submits this notice of removal of the captioned action from the Superior Court of Massachusetts, Suffolk County, to the United States District Court for Massachusetts, and respectfully states as follows:

1. On August 5, 2019, the Massachusetts Division of Insurance served QBE with a copy of the Summons and Complaint in an action entitled *Martha's Vineyard Airport Commission v. QBE Insurance Corporation*, filed in the Superior Court of Massachusetts, Suffolk, under Civil Action No. 1984CV02465 (hereinafter the "state court action").  Copies of the Summons and Complaint in the state court action are attached hereto at Exhibit A.

2. Removal of the state court action is made pursuant to the provisions of Title 28, United States Code, §§ 1332(a) and 1441(a).  The United States District Court for the District of Massachusetts has original jurisdiction over this action because it is a civil action wherein the amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, is between citizens of different states, the defendant is not a citizen of the state in which the action is

brought, and the cause of action arises out of a dispute involving a contract issued in Massachusetts.

3. More specifically, plaintiff, Martha's Vineyard Airport Commission, alleges that it is a commission created by G.L. c. 90 § 51E, charged with the custody, care, and management of the Martha's Vineyard Airport and its business park. Its offices are located at 71 Airport Road, West Tisbury, Dukes County, Massachusetts.

4. QBE is a corporation organized and existing under the laws of Pennsylvania, with a principal place of business located at 55 Water Street, New York, New York.

5. The state court action asserts: (a) a declaratory judgment cause of action seeking a declaration that QBE has a duty to defend and indemnify Martha's Vineyard Airport Commission against an underlying lawsuit pending in the Superior Court of Massachusetts, Dukes County (*Airport Fuel Services Inc. v. Martha's Vineyard Airport Commission*, C.A. 1774cv00017); and, (b) a breach of contract cause of action seeking recovery of defense costs incurred by Martha's Vineyard Airport Commission to date.

6. Upon information and belief, given the nature of the underlying claims and alleged damages, the amount in controversy exceeds $75,000.

7. The United States District Court for the District of Massachusetts, is the District Court for the United States encompassing the location where the action is pending, and is the Court to which this action may be removed pursuant to 28 U.S.C. §1441.

**QBE claims trial by jury as to all claims and issues so triable.**

                Respectfully submitted,

                Defendant,

                QBE INSURANCE CORPORATION,

                By its attorney,

                /s/ Mark E. Cohen
                Mark E. Cohen (BBO # 089800)
                Robert J. Maselek, Jr (BBO #564690)
                McDonough Cohen & Maselek LLP
                101 Federal Street, 19th Floor
                Boston, MA 02110
                Tel. 617-742-6520
                Fax. 617-742-1393
                mcohen@mcmlawfirm.com
                rmaselek@mcmlawfirm.com

Dated:  August 26, 2019

**CERTIFICATE OF SERVICE**

    I, Mark E. Cohen, hereby certify that this document filed through the ECF system will be sent via email and first class mail to the following counsel of record on August 26, 2019:

Steven L. Schreckinger, Esq.
Sara Perkins Jones, Esq.
Anderson & Krieger LLP
50 Milk Street, 21st Floor
Boston, MA 02109

                /s/ Mark E. Cohen
                Mark E. Cohen